**6**

**Ed ELLIS, alias Ted Ellis, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. December 6, 1926.)

No. 7671.

In Error to the District Court of the United States for the Western District of Missouri.

Henry C. Smith and Horace Guffin, both of Kansas City, Mo., for plaintiff in error.

Roscoe C. Patterson, of Kansas City, Mo., for the United States.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.